RECEIVED

APR 26 2012

TONY R. MOORE, CLERK
BY_____
     DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RICHARD PECANTTE, PAMELA RAYBURN, JACQUELINE PICARD, and JOHNNY ROMERO d/b/a EXECUTIVE QUARTERS, individually and on behalf of themselves and all others similarly situated | CIVIL ACTION NO. 6:11-cv-01231 |
| VERSUS | JUDGE WALTER |
| MULTI-CHEM GROUP, L.L.C. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the action is **DISMISSED WITHOUT PREJUDICE**, consistent with the report and recommendation.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 26 day of April, 2012.

_____
Donald E. Walter
United States District Judge